IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY RONNELL EWING**                                                    **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:16cv56-HSO-JCG**

**KAITY SANFORD**                                                         **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Ricky Ronnell Ewing's Objection [37] to the Report and Recommendation [35] of United States Magistrate Judge John C. Gargiulo, entered in this case on April 7, 2017, recommending that Defendants' Motion for Judgment on the Pleadings [28], which the Magistrate reviewed under the Federal Rule of Civil Procedure 56 summary judgment standard, be granted and that the case be dismissed without prejudice. The Court, after a full review and consideration of Plaintiff's Objection [37], the Magistrate Judge's Report and Recommendation [35], Defendant's Motion [28], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE